

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rickey Gene Pippin,

\* From the 297th District
Court of Tarrant County,
Trial Court No. 1288659D.

Vs. No. 11-14-00033-CR

\* August 21, 2015

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.